UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| SUSAN BRUIN | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 5:13-CV-000421 |
| | ) | |
| WALMART STORES EAST, LP | ) | |
| | ) | |
|     Defendant | ) | |

**WALMART STORES EAST, L.P.'S RULE 26(a)(1) DISCLOSURES**

Comes the Defendant, Walmart Stores East, L.P. ("Walmart"), by counsel, and for its Rule 26(a)(1) Disclosures states as follows:

A. The following people are likely to have discoverable information that Walmart may use to support it defenses:

1. Susan Bruin
    Plaintiff
    112 Bradford Drive
    Cynthiana, KY 41031

2. James Pettey, M.D.
    Plaintiff's surgeon
    Harrison Memorial Hospital Orthopedics Clinic
    1210 KY HWY 36 E
    Cynthiana, KY 41031

3. Brian Mullbery,
    Plaintiff's physician
    Family Care Associates
    1210 KY HWY 36 E

    Cynthiana, KY 41031

      4. Louis Dennis, Assistant Store Manager: Mr. Brown is an employee of Defendant and may be contacted through counsel.

      5. Any of Plaintiff's treating medical providers identified in his medical records.

B. Walmart may use the following documents, including electronically stored information, to support its defense:

    1. All medical records pertaining to Plaintiff's pre-accident and post-accident medical conditions;

    2. Statements given by the Plaintiff to Defendant;

    3. Store surveillance video taken July 18, 2013;

    4. Plaintiff's employment records;

    5. Any photographs taken by the parties.

C. Walmart claims no damages.

D. Walmart is self-insured in an amount that exceeds the amount in controversy.

Respectfully submitted,

/s/ Jennifer Kincaid Adams
Jennifer Kincaid Adams
Quintairos, Prieto, Wood & Boyer, P.A.
9300 Shelbyville Road, Suite 400
Louisville, KY  40207
502-423-6390 phone
502-423-6391 fax
jadams@qpwblaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this 7th day of February, 2014.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Brian T. Canupp
322 Main Street
Paris, KY  40361
*Counsel for Plaintiff*

                                                  /s/ Jennifer Kincaid Adams
                                                  *Counsel for Defendant*